KIMBERLY A. DONOVAN (Cal. State Bar No. 160729)
SALLIE KIM (Cal. State Bar No. 142781)
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
(650) 428-3900
(650) 428-3901 [fax]

Attorneys for Defendants
COMMAX TECHNOLOGIES, INC.,
HENRY SHIOU-MING CHEN,
DAPHNE L. CHEN, JERSEY CHENEY (erroneously
Sued herein as JERSEY CHEN),
LIANG-WANG HOW, CHEN-LING KONG,
KUO REUIH PAN,
and SUNNY CHEN YOUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY, AMERICAN INSTITUTE OF PHYSICS, BLACKWELL PUBLISHING, INC., ELSEVIER, INC., INFORMA UK LTD., INFORMA USA, INC., SPRINGER SCIENCE AND BUSINESS MEDIA, LLC, TAYLOR & FRANCIS GROUP LTD., WILEY PERIODICALS, INC., and WILEY-LISS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> COMMAX TECHNOLOGIES, INC., COMMAX WORLDWIDE, HENRY SHIOU-MING CHEN, DAPHNE L. CHEN, JERSEY CHEN, SUWEI HO a/k/a SOPHIE HO, LIANG-WANG HOW, CHEN-LING KONG, KUO REUIH PAN, and SUNNY CHEN YOUNG, <br><br> Defendants. | No. C06-4414 JW HRL <br><br> STIPULATION AND [~~PROPOSED~~] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT |

Whereas, the parties in this matter wish to discuss settlement of this matter, and

STIPULATION AND [~~PROPOSED~~] ORDER
REGARDING EXTENSION OF TIME TO                    -1-
RESPOND TO AM. COMPLAINT

1  Whereas, the response to the Amended Complaint by Defendants COMMAX TECHNOLOGIES, INC., HENRY SHIOU-MING CHEN, DAPHNE L. CHEN, JERSEY CHEN, LIANG-WANG HOW, CHEN-LING KONG, KUO REUIH PAN, and SUNNY CHEN YOUNG is due October 5, 2006, ten days after the filing of the Amended Complaint on September 25, 2006;

The parties hereby stipulate that the response by Defendants COMMAX TECHNOLOGIES, INC., HENRY SHIOU-MING CHEN, DAPHNE L. CHEN, JERSEY CHEN, LIANG-WANG HOW, CHEN-LING KONG, KUO REUIH PAN, and SUNNY CHEN YOUNG will be due on October 19, 2006 to allow the parties to discuss settlement.

The parties also stipulate that the motion to dismiss the original Complaint, filed by some of the defendants and set for hearing on October 16, 2006, is taken off calendar.

DATED:   October 3, 2006

GCA LAW PARTNERS LLP
KIMBERLY A. DONOVAN
SALLIE KIM

By: /s/ Sallie Kim
    Sallie Kim

Attorneys for Defendants
COMMAX TECHNOLOGIES, INC.,
HENRY SHIOU-MING CHEN,
DAPHNE L. CHEN, JERSEY CHENEY
(erroneously sued herein as JERSEY
CHEN), LIANG-WANG HOW, CHEN-
LING KONG, KUO REUIH PAN, and
SUNNY CHEN YOUNG

DATED:   October 3, 2006

KOTIN, CRABTREE & SRONG, LLP
WILLIAM S. STRONG
AMY MAINELLI

STIPULATION AND [PROPOSED] ORDER                -2-
REGARDING EXTENSION OF TIME TO
RESPOND TO AM. COMPLAINT

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

By: _[signature]_

Attorneys for Plaintiffs AMERICAN CHEMICAL SOCIETY, AMERICAN INSTITUTE OF PHYSICS, BLACKWELL PUBLISHING, INC., ELSEVIER, INC., INFORMA UK LTD., INFORMA USA, INC., SPRINGER SCIENCE AND BUSINESS MEDIA, LLC, TAYLOR & FRANCIS GROUP LTD., WILEY PERIODICALS, INC., and WILEY-LISS, INC.,

IT IS SO ORDERED. The response by Defendants COMMAX TECHNOLOGIES, INC., HENRY SHIOU-MING CHEN, DAPHNE L. CHEN, JERSEY CHEN, LIANG-WANG HOW, CHEN-LING KONG, KUO REUIH PAN, and SUNNY CHEN YOUNG is hereby due on October 19, 2006.

The motion to dismiss the original Complaint, filed by defendants COMMAX TECHNOLOGIES, INC.; HENRY SHIOU-MING CHEN; DAPHNE L. CHEN; HSIAO-FANG CHEN; JERSEY CHEN; LIANG-WANG HOW; CHEN-LING KONG; KUO REUIH PAN; and SUNNY CHEN YOUNG and set for hearing on October 16, 2006, is taken off calendar.

DATED: 10/04/06

_[signature: James Ware]_
Hon. James Ware, U.S. District Court,
Northern District of California