**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| American Chemical Society, et al., | NO. C 06-04414 JW |
| Plaintiffs, | **ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| Commax Technologies, Inc., et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 7-1(b), the Court deems the Defendants' motion to dismiss appropriate for submission on the papers. Accordingly, the Court vacates the hearing on the motion presently scheduled for November 20, 2006 at 9 AM.

Dated: November 15, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Kimberly Ann Donovan kdonovan@gcalaw.com
Noel Matthew Cook ncook@owe.com
Sallie Kim skim@gcalaw.com
Thomas H. Carlson tcarlson@rjop.com
William S. Strong wstrong@kcslegal.com

**Dated:  November 15, 2006**                               **Richard W. Wieking, Clerk**

                                                 **By:  /s/ JW Chambers**
                                                        **Elizabeth Garcia**
                                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California