IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| American Chemical Society, et al., | NO. C 06-04414 JW |
|         Plaintiffs,   v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Commax Technologies, Inc., et al., | |
|         Defendants. / | |

On the Court's own motion, the case management conference presently scheduled for December 18, 2006 is continued to **January 22, 2007 at 10 AM.** Pursuant to the Civil Local Rules of the Court, the parties shall file an updated case management conference no later than 10 days before the date of the conference.

Dated:  December 13, 2006

                                              JAMES WARE
                                              United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Kimberly Ann Donovan kdonovan@gcalaw.com
Noel Matthew Cook ncook@owe.com
Sallie Kim skim@gcalaw.com
Thomas H. Carlson tcarlson@rjop.com
William S. Strong wstrong@kcslegal.com

**Dated:  December 13, 2006**                                   **Richard W. Wieking, Clerk**

                                                          **By:      /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California