IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| American Chemical Society, et al., | NO. C 06-04414 JW |
|       Plaintiffs,<br>  v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Commax Technologies, Inc., et al., | |
|       Defendants. | |

    Pursuant to the parties' Joint Case Management Statement, the Court continues the Case Management Conference scheduled for January 22, 2007 to **February 26, 2007 at 10 AM**. By February 16, 2007, the parties shall submit an updated joint case management statement which includes a proposed schedule for the case.

Dated: January 17, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Kimberly Ann Donovan kdonovan@gcalaw.com
Noel Matthew Cook ncook@owe.com
Sallie Kim skim@gcalaw.com
Thomas H. Carlson tcarlson@rjop.com
William S. Strong wstrong@kcslegal.com

**Dated:  January 17, 2007**                                        **Richard W. Wieking, Clerk**

                                                                    **By:  /s/ JW Chambers**
                                                                           **Elizabeth Garcia**
                                                                           **Courtroom Deputy**

**United States District Court**
For the Northern District of California