Noel M. Cook, Esq. CSBN 122777
OWEN, WICKERSHAM & ERICKSON, P.C.
455 Market Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 882-3200
Telecopier: (415) 882-3232

William S. Strong, Esq.
Amy C. Mainelli Burke, Esq.
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
Telephone: (617) 227-7031
Telecopier: (617) 367-2988

Attorneys for Plaintiffs
AMERICAN CHEMICAL SOCIETY, AMERICAN INSTITUTE
OF PHYSICS, BLACKWELL PUBLISHING, INC., ELSEVIER,
INC., INFORMA UK LTD., INFORMA USA, INC., SPRINGER
SCIENCE AND BUSINESS MEDIA, LLC, TAYLOR & FRANCIS
GROUP LTD., WILEY PERIODICALS, INC., and WILEY-LISS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY, AMERICAN INSTITUTE OF PHYSICS, BLACKWELL PUBLISHING, INC., ELSEVIER, INC., INFORMA UK LTD., INFORMA USA, INC., SPRINGER SCIENCE AND BUSINESS MEDIA, LLC, TAYLOR & FRANCIS GROUP LTD., WILEY PERIODICALS, INC., and WILEY-LISS, INC., <br><br> Plaintiffs, <br><br> COMMAX TECHNOLOGIES, INC., COMMAX WORLDWIDE, HENRY SHIOU-MING CHEN, DAPHNE L. CHEN, JERSEY CHEN, SUWEI HO a/k/a SOPHIE HO, LIANG-WANG HOW, CHEN-LING KONG, KUO REUIH PAN, and SUNNY CHEN YOUNG, <br><br> Defendants. | Civil Case No. C 06 4414 JW HRL <br><br> **STIPULATION TO PLAINTIFFS' SECOND AMENDED COMPLAINT, AND TO A BRIEFING SCHEDULE WITH RESPECT THERETO** |

The parties to the above-entitled action hereby stipulate and agree to the addition of Oxford University Press ("OUP") as a party plaintiff in this action, in conformity with Plaintiffs' Second Amended Complaint filed on January 19, 2007 with an accompanying Motion for Leave to Amend.

As the Defendants anticipate filing a Motion to Dismiss Count 6 of the Second Amended Complaint, the parties further stipulate and agree to the following schedule:

- Deadline for the filing of any Motion to Dismiss Count 6 of the Second Amended Complaint: February 5, 2007;

- Deadline for the filing of Plaintiffs' Opposition to such Motion to Dismiss: February 14, 2007;

- Deadline for the filing of any Reply by defendants to such Opposition: February 21, 2007; and

- Hearing on Defendants' Motion to Dismiss: March 5, 2007.

Accordingly, the parties respectfully request that the Court set a hearing for March 5, 2007.

Respectfully submitted,

KOTIN, CRABTREE & STRONG, LLP

Dated: January 25, 2007

/s/ William S. Strong
William S. Strong, Esq., BBO #483520
Amy C. Mainelli Burke, Esq., BBO #657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031
(617) 367-2988 (fax)

Noel M. Cook, Esq.
Owen, Wickersham & Erickson, P.C.
455 Market Street, 19th Floor
San Francisco, CA 94105

| | |
|---|---|
| 1 | (415) 882-3200 |
| 2 | (415) 882-3232 (fax) |
| 3 | Attorneys for Plaintiffs |
| | AMERICAN CHEMICAL SOCIETY, |
| 4 | AMERICAN INSTITUTE OF PHSYICS, |
| | BLACKWELL PUBLISHING, INC., |
| 5 | ELSEVIER, INC., |
| 6 | INFORMA UK LTD., |
| | INFORMA USA, INC., |
| 7 | SPRINGER SCIENCE AND |
| | BUSINESS MEDIA LLC, |
| 8 | WILEY PERIODICALS, INC., and |
| 9 | WILEY-LISS, INC. |
| 10 | GCA LAW PARTNERS LLP |
| 11 | |
| 12 | Dated:  January 25, 2007     /s/ Kimberly Donovan |
| | Sallie Kim |
| 13 | Kimberly Donovan |
| | GCA Law Partners LLP |
| 14 | 1891 Landings Drive |
| | Mountain View, CA 94043 |
| 15 | 650-428-3900 |
| 16 | 650-428-3901 (fax) |
| 17 | Attorneys for Defendants |
| 18 | COMMAX TECHNOLOGIES, INC., |
| | COMMAX WORLDWIDE, HENRY SHIOU- |
| 19 | MING CHEN, DAPHNE L. CHEN, JERSEY |
| | CHENEY (erroneously named as JERSEY CHEN), |
| 20 | LIANG-WANG HOW, CHEN-LING KONG, KUO |
| 21 | REUIH PAN, |
| | and SUNNY CHEN YOUNG |
| 22 | |
| 23 | ROGERS JOSEPH O'DONNELL |
| 24 | |
| | Dated: January 25, 2007     /s/ Thomas H. Carlson |
| 25 | Thomas H. Carlson |
| | Rogers, Joseph O'Donnell |
| 26 | 311 California Street |
| 27 | San Francisco, CA 94104 |
| 28 | Attorneys for Defendant |
| | SUWEI HO a/k/a SOPHIE HO |

## PROPOSED ORDER

Based on the foregoing Stipulation to Plaintiffs' Second Amended Complaint and Deadlines to Respond, and good cause appearing therefor,

IT IS HEREBY ORDERED that plaintiffs' motion for leave to add Oxford University Press as a party plaintiff, in conformity with Plaintiffs' Second Amended Complaint filed on January 19, 2007, is hereby allowed. The deadline for Defendants to file a Motion to Dismiss as to Count 6 of the Second Amended Complaint shall be February 5, 2007; the deadline for Plaintiffs' Opposition to any such motion shall be February 14, 2007; and the deadline for defendants' Reply to any such Opposition shall be February 21, 2007. Any such Motion to Dismiss shall be set down for hearing on March 5, 2007, unless the Court determines to decide the matter on the papers before it.

SO ORDERED.

DATED: January 26, 2007

_____
Hon. James Ware
United States District Judge