IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| American Chemical Society, et al., | NO. C 06-04414 JW |
| Plaintiffs, v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE; REFERRING PARTIES TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |
| Commax Technologies, Inc., et al., | |
| Defendants. | |

This case was scheduled for a Case Management Conference on February 26, 2007. The parties have stipulated to continue the conference pending the March 5, 2007 hearing on Defendants' Motion to Dismiss Count 6 of the Second Amended Complaint. Accordingly, the Court continues the Case Management Conference to **Monday, April 16, 2007 at 10 AM**. The parties shall file a case management statement prior to that date in accordance with the Local Rules.

Based on the parties' representation that they have conferred with Magistrate Judge Chen regarding his availability, the Court refers the parties to Magistrate Judge Chen for a settlement conference.

Dated: February 21, 2007

JAMES WARE
United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Kimberly Ann Donovan kdonovan@gcalaw.com
Noel Matthew Cook ncook@owe.com
3  Sallie  Kim skim@gcalaw.com
Thomas H. Carlson tcarlson@rjop.com
4  William S. Strong wstrong@kcslegal.com

6  **Dated:  February 21, 2007**                               **Richard W. Wieking, Clerk**

8                                                              **By:   /s/ JW Chambers            **
                                                                    **Elizabeth Garcia**
                                                                    **Courtroom Deputy**