IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| American Chemical Society, et al., | NO. C 06-04414 JW |
| Plaintiffs, | **ORDER VACATING HEARING** |
| v. | |
| Commax Technologies, Inc., et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 7-1(b), the Court takes Defendant's Motion to Dismiss under submission without oral argument. Accordingly, the hearing currently scheduled for March 5, 2007 is VACATED.

Dated:  February 28, 2007

JAMES WARE
United States District Judge

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Kimberly Ann Donovan kdonovan@gcalaw.com
Noel Matthew Cook ncook@owe.com
3 Sallie Kim skim@gcalaw.com
Thomas H. Carlson tcarlson@rjop.com
4 William S. Strong wstrong@kcslegal.com

7 **Dated:  February 28, 2007**                                     **Richard W. Wieking, Clerk**

                                                                    **By:  /s/ JW Chambers**
                                                                            **Elizabeth Garcia**
                                                                            **Courtroom Deputy**