Noel M. Cook, Esq. CSBN 122777
OWEN, WICKERSHAM & ERICKSON, P.C.
455 Market Street, 19th Floor
San Francisco, CA  94105
Telephone:  (415) 882-3200
Telecopier:  (415) 882-3232

William S. Strong, Esq.
Amy C. Mainelli Burke, Esq.
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
Telephone:  (617) 227-7031
Telecopier:  (617) 367-2988

Attorneys for Plaintiffs
AMERICAN CHEMICAL SOCIETY, AMERICAN INSTITUTE
OF PHYSICS, BLACKWELL PUBLISHING, INC., ELSEVIER,
INC., INFORMA UK LTD., INFORMA USA, INC., OXFORD UNIVERSITY PRESS,
SPRINGER SCIENCE AND BUSINESS MEDIA, LLC, TAYLOR & FRANCIS
GROUP LTD., WILEY  PERIODICALS, INC., and WILEY-LISS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY, AMERICAN INSTITUTE OF PHYSICS, BLACKWELL PUBLISHING, INC., ELSEVIER, INC., INFORMA UK LTD., INFORMA USA, INC., OXFORD UNIVERSITY PRESS, SPRINGER SCIENCE AND BUSINESS MEDIA, LLC, TAYLOR & FRANCIS GROUP LTD., WILEY PERIODICALS, INC., and WILEY-LISS, INC.,<br><br>Plaintiffs,<br><br>COMMAX TECHNOLOGIES, INC., COMMAX WORLDWIDE, HENRY SHIOU-MING CHEN, DAPHNE L. CHEN, JERSEY CHEN, SUWEI HO a/k/a SOPHIE HO, LIANG-WANG HOW, CHEN-LING KONG, KUO REUIH PAN, and SUNNY CHEN YOUNG,<br><br>Defendants. | Civil Case No. C 06 4414 JW HRL<br><br>**STIPULATION TO POSTPONE CASE MANAGEMENT CONFERENCE** |

The parties to the above-entitled action hereby jointly request that the Court postpone the Case Management Conference ("CMC"), currently scheduled for April 16, 2007, until an alternative date in May or early June to be set by the Court, thereby extending the deadline to submit a revised Joint CMC Statement until a date in May or early June to be set by the Court.

On March 30, 2007, the Court granted Defendants' Motion to Dismiss Count 6 of Plaintiffs' Second Amended Complaint for violation of RICO, but granted Plaintiffs leave to amend their RICO claims by April 30, 2007.  Plaintiffs anticipate filing a Third Amended Complaint by the end of April 2007 and Defendants' responsive pleading will be due in mid May.  Given that the parties will have difficultly proposing a discovery and case schedule until the Third Amended Complaint has been filed and Defendants have responded, and that the parties are currently authorized to engage in discovery and have begun to do so, the parties respectfully request that the Court postpone the CMC.

Accordingly, the parties respectfully request that the Court postpone the CMC from April 16, 2007 until an alternative date in May or early June to be set by the Court, thereby extending the deadline to submit a revised Joint CMC Statement until sometime in May or early June.

Respectfully submitted,

KOTIN, CRABTREE & STRONG, LLP

Dated:  April 6, 2007                    /s/ William S. Strong_____
                                         William S. Strong, Esq.,  BBO #483520
                                         Amy C. Mainelli Burke, Esq., BBO #657201
                                         KOTIN, CRABTREE & STRONG, LLP
                                         One Bowdoin Square
                                         Boston, MA 02114
                                         (617) 227-7031
                                         (617) 367-2988 (fax)

                                         Noel M. Cook, Esq.
                                         Owen, Wickersham & Erickson, P.C.
                                         455 Market Street, 19th Floor
                                         San Francisco, CA 94105
                                         (415) 882-3200
                                         (415) 882-3232 (fax)

                                         Attorneys for Plaintiffs
                                         AMERICAN CHEMICAL SOCIETY,

AMERICAN INSTITUTE OF PHSYICS,
BLACKWELL PUBLISHING, INC.,
ELSEVIER, INC.,
INFORMA UK LTD.,
INFORMA USA, INC.,
SPRINGER SCIENCE AND
BUSINESS MEDIA LLC,
WILEY PERIODICALS, INC., and
WILEY-LISS, INC.

GCA LAW PARTNERS LLP

Dated:  April 6, 2007          /s/ Kimberly Donovan_____
                              Sallie Kim
                              Kimberly Donovan
                              GCA Law Partners LLP
                              1891 Landings Drive
                              Mountain View, CA 94043
                              650-428-3900
                              650-428-3901 (fax)

                              Attorneys for Defendants

                              COMMAX TECHNOLOGIES, INC.,
                              COMMAX WORLDWIDE, HENRY SHIOU-
                              MING CHEN, DAPHNE L. CHEN, JERSEY
                              CHENEY (erroneously named as JERSEY CHEN),
                              LIANG-WANG HOW, CHEN-LING KONG, KUO
                              REUIH PAN,
                              and SUNNY CHEN YOUNG

                              ROGERS JOSEPH O'DONNELL

Dated: April 6, 2007          /s/ Thomas H. Carlson_____
                              Thomas H. Carlson
                              Rogers, Joseph O'Donnell
                              311 California Street
                              San Francisco, CA 94104

                              Attorneys for Defendant

                              SUWEI HO a/k/a SOPHIE HO

1

2

## PROPOSED ORDER

3          Based on the foregoing Stipulation to Postpone Case Management Conference and good

4    cause appearing therefor,

5          IT IS HEREBY ORDERED that the Case Management Conference set for April 16, 2007

6    is postponed and will be rescheduled on a date in May or early June to be set by the Court,

7    thereby extending the deadline to submit a revised Joint CMC Statement until a date in May or

8    early June to be set by the Court.

9

10   SO ORDERED.   The parties shall appear for a Case Management Conference on June 11 2007
                    at 10:00 AM.  The parties shall file a Joint Case Management Conference
11                  Statement by May 31 2007.

12   DATED: April 10, 2007

13                                        _____
                                          Hon. James Ware
14                                        United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO POSTPONE CASE MANAGEMENT CONFERENCE                    Civil Case No.  C 06 4414 JW HRL

139980v4