IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| American Chemical Society, et al., | NO. C 06-04414 JW |
|       Plaintiffs,<br>  v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Commax Technologies, Inc., et al., | |
|       Defendants._____/ | |

     The Court continues the case management conference currently scheduled for June 11, 2007 to **June 25, 2007 at 10 a.m.** to coincide with the hearing on Defendants' Motion to Dismiss. Please note that the hearing on the motion is at the 9 AM calendar and the conference is at the 10 AM calendar. Pursuant to the Civil Local Rules of the Court, the parties shall file a joint case management statement no later than ten (10) days before the date of the conference.

Dated: May 24, 2007

                                              JAMES WARE
                                              United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Kimberly Ann Donovan kdonovan@gcalaw.com
Noel Matthew Cook ncook@owe.com
Sallie Kim skim@gcalaw.com
Thomas H. Carlson tcarlson@rjop.com
William S. Strong wstrong@kcslegal.com

**Dated:  May 24, 2007**                                         **Richard W. Wieking, Clerk**

                                            **By:  /s/ JW Chambers**
                                                  **Elizabeth Garcia**
                                                  **Courtroom Deputy**