IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| American Chemical Society, et al.,<br><br>        Plaintiffs,<br>  v.<br><br>Commax Technologies, Inc., et al.,<br><br>        Defendants. | NO. C 06-04414 JW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    In light of the parties upcoming settlement conference with Magistrate Judge Chen, currently scheduled for July 23, 2007, and Defendants' pending Motion to Dismiss (Docket Item No. 56), the Case Management Conference currently scheduled for June 25, 2007 at 10:00 AM is continued to **August 6, 2007 at 10:00 AM.** The parties shall file an updated Case Management Conference Statement ten (10) days before the conference, in accordance with the Civil Local Rules.

Dated: June 19, 2007

                                                  JAMES WARE<br>
                                                  United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Kimberly Ann Donovan kdonovan@gcalaw.com
Noel Matthew Cook ncook@owe.com
Sallie Kim skim@gcalaw.com
Thomas H. Carlson tcarlson@rjop.com
William S. Strong wstrong@kcslegal.com

**Dated: June 19, 2007**                                                             **Richard W. Wieking, Clerk**

                                                                                **By:** **/s/JW Chambers**
                                                                                       **Elizabeth Garcia**
                                                                                       **Courtroom Deputy**

*United States District Court*
For the Northern District of California