OWEN, WICKERSHAM & ERICKSON, P.C.
NOEL M. COOK (State Bar No. 122777)
455 Market Street, 19th Floor
San Francisco, California 94105
Telephone:  415.882.3200
Facsimile:   415.882.3232

KOTIN, CRABTREE & STRONG, LLP
WILLIAM S. STRONG (Admitted pro hac vice)
AMY C. MAINELLI BURKE
One Bowdoin Square
Boston, Massachusetts 02114
Telephone:  617.227.7031
Facsimile:   617.367.2988

Attorneys for Plaintiffs AMERICAN CHEMICAL SOCIETY, AMERICAN INSTITUTE OF PHYSICS, BLACKWELL PUBLISHING, INC., ELSEVIER, INC., INFORMA UK LTD., INFORMA USA, INC., OXFORD UNIVERSITY PRESS, SPRINGER SCIENCE AND BUSINESS MEDIA, LLC, TAYLOR & FRANCIS GROUP LTD., WILEY PERIODICALS, INC., and WILEY-LISS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY, AMERICAN INSTITUTE OF PHYSICS, BLACKWELL PUBLISHING, INC., ELSEVIER, INC., INFORMA UK LTD., INFORMA USA, INC., SPRINGER SCIENCE AND BUSINESS MEDIA, LLC, TAYLOR & FRANCIS GROUP LTD., WILEY PERIODICALS, INC., and WILEY-LISS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> COMMAX TECHNOLOGIES, INC., COMMAX WORLDWIDE, HENRY SHIOU-MING CHEN, DAPHNE L. CHEN, JERSEY CHEN, SUWEI HO a/k/a SOPHIE HO, LIANG-WANG HOW, CHEN-LING KONG, KUO REUIH PAN, and SUNNY CHEN YOUNG, <br><br> Defendants. | Case No. C06-4414 JW HRL <br><br> **STIPULATED DISMISSAL WITHOUT PREJUDICE AND ORDER THEREON** |

Plaintiffs AMERICAN CHEMICAL SOCIETY, AMERICAN INSTITUTE OF PHYSICS, BLACKWELL PUBLISHING, INC., ELSEVIER, INC., INFORMA UK LTD., INFORMA USA, INC., OXFORD UNIVERSITY PRESS, SPRINGER SCIENCE AND BUSINESS MEDIA, LLC, TAYLOR & FRANCIS GROUP LTD., WILEY PERIODICALS, INC., and WILEY-LISS, INC., and each of them, by and through their attorneys of record, hereby dismiss Defendant Suwei Ho, a/k/a Sophie Ho without prejudice from each and every claim, count and cause of action in the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1), with the relevant parties to bear their own costs and attorneys' fees as against each other (only).

Dated:  June 18, 2007         KOTIN, CRABTREE & STRONG, LLP

OWEN, WICKERSHAM & ERICKSON, P.C.

By:  /s/ WILLIAM S. STRONG
    KOTIN, CRABTREE & STRONG, LLP

Attorneys for Plaintiffs AMERICAN CHEMICAL SOCIETY, AMERICAN INSTITUTE OF PHYSICS, BLACKWELL PUBLISHING, INC., ELSEVIER, INC., INFORMA UK LTD., INFORMA USA, INC., OXFORD UNIVERSITY PRESS, SPRINGER SCIENCE AND BUSINESS MEDIA, LLC, TAYLOR & FRANCIS GROUP LTD., WILEY PERIODICALS, INC., and WILEY-LISS, INC.

IT IS SO STIPULATED.

Dated:  June 18, 2007         ROGERS JOSEPH O'DONNELL

By:  /s/ THOMAS H. CARLSON
    Attorneys for Defendant
    SUWEI HO, a/k/a SOPHIE HO

PURSUANT TO THE FOREGOING STIPULATION IT IS SO ORDERED.

Dated:  June 19, 2007         _James Ware_____
                              HON. JAMES WARE
                              UNITED STATES DISTRICT JUDGE