UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY, *et al.*, | No. C-06-4414 JW (EMC) |
| Plaintiffs, | |
| v. | **ORDER EXCUSING PLAINTIFFS' ATTENDANCE AT SETTLEMENT CONFERENCE** |
| COMMAX TECHNOLOGIES, INC., *et al.*, | |
| Defendants. _____/ | |

By letter dated July 9, 2007, Plaintiffs AMERICAN CHEMICAL SOCIETY, AMERICAN INSTITUTE OF PHYSICS, BLACKWELL PUBLISHING, INC., ELSEVIER, INC., INFORMA UK LTD., INFORMA USA, INC., OXFORD UNIVERSITY PRESS, SPRINGER SCIENCE AND BUSINESS MEDIA, LLC, TAYLOR & FRANCIS GROUP LTD., WILEY PERIODICALS, INC., and WILEY-LISS, INC., thru their attorney, William S. Strong of Kotin, Crabtree & Strong, requested to be excused from personally appearing and designating one representative, DEBBIE NOTKIN of John Wiley & Sons, Inc. (parent company of Plaintiffs WILEY PERIODICALS, INC., and WILEY-LISS, INC.), to appear on behalf of all Plaintiffs at the settlement conference scheduled for July 23, 2007.

Upon consideration of the request, the Court finds good cause for excusing personal attendance of Plaintiffs AMERICAN CHEMICAL SOCIETY, AMERICAN INSTITUTE OF PHYSICS, BLACKWELL PUBLISHING, INC., ELSEVIER, INC., INFORMA UK LTD., INFORMA USA, INC., OXFORD UNIVERSITY PRESS, SPRINGER SCIENCE AND BUSINESS MEDIA, LLC, TAYLOR & FRANCIS GROUP LTD., WILEY PERIODICALS, INC., and WILEY-

LISS, INC. As Ms. NOTKIN has full settlement authority on behalf of all Plaintiffs, Plaintiffs will not be required to be on telephone standby to authorize settlement.

If the Court concludes that the absence of Plaintiffs AMERICAN CHEMICAL SOCIETY, AMERICAN INSTITUTE OF PHYSICS, BLACKWELL PUBLISHING, INC., ELSEVIER, INC., INFORMA UK LTD., INFORMA USA, INC., OXFORD UNIVERSITY PRESS, SPRINGER SCIENCE AND BUSINESS MEDIA, LLC, TAYLOR & FRANCIS GROUP LTD., WILEY PERIODICALS, INC., and WILEY-LISS, INC. is impeding the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including all Plaintiffs.

This order disposes of Docket No. 81.

IT IS SO ORDERED.

Dated: July 12, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge