UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY, *et al.*, | No. C-06-4414 JW (EMC) |
| Plaintiffs, | |
| v. | **ORDER EXCUSING DEFENDANTS' ATTENDANCE AT SETTLEMENT CONFERENCE** |
| COMMAX TECHNOLOGIES, INC., *et al.*, | |
| Defendants. | |
| _____/ | |

By letter dated July 9, 2007, Defendants COMMAX TECHNOLOGIES, INC., COMMAX WORLDWIDE, JERSEY CHEN, LIANG-WANG HOW, CHEN-LING KONG, KUO REUIH PAN, and SUNNY CHEN YOUNG, thru their attorney, Kimberly A. Donovan of GCA Law Partners, requested to be excused from personally appearing and designating two representatives, individual Defendants HENRY SHIOU-MING CHEN and DAPHNE L. CHEN, to appear on behalf of all Defendants at the settlement conference scheduled for July 23, 2007.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. As Mr. CHEN and Ms. CHEN have full settlement authority on behalf of all Defendants, Defendants will not be required to be on telephone standby to authorize settlement.

///
///
///
///
///

1   If the Court concludes that the absence of Defendants COMMAX TECHNOLOGIES, INC.,
2  COMMAX WORLDWIDE, JERSEY CHEN, LIANG-WANG HOW, CHEN-LING KONG, KUO
3  REUIH PAN, and SUNNY CHEN YOUNG, is impeding the settlement conference, the Court may
4  continue the settlement conference and may order personal attendance by each party including all
5  Defendants.

6   This order disposes of Docket No. 82.

8   IT IS SO ORDERED.

10  Dated: July 12, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge