1  Noel M. Cook, Esq. CSBN 122777
2  OWEN, WICKERSHAM & ERICKSON, P.C.
   455 Market Street, 19th Floor
3  San Francisco, CA  94105
   Telephone:  (415) 882-3200
4  Telecopier:  (415) 882-3232

5
   William S. Strong, Esq.
6  Amy C. Mainelli Burke, Esq.
   KOTIN, CRABTREE & STRONG, LLP
7  One Bowdoin Square
8  Boston, MA 02114
   Telephone:  (617) 227-7031
9  Telecopier:  (617) 367-2988

10 Attorneys for Plaintiffs
11 AMERICAN CHEMICAL SOCIETY, AMERICAN INSTITUTE
   OF PHYSICS, BLACKWELL PUBLISHING, INC., ELSEVIER,
12 INC., INFORMA UK LTD., INFORMA USA, INC., OXFORD UNIVERSITY PRESS,
   SPRINGER SCIENCE AND BUSINESS MEDIA, LLC, TAYLOR & FRANCIS
13 GROUP LTD., WILEY  PERIODICALS, INC., and WILEY-LISS, INC.

14
15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17 AMERICAN CHEMICAL SOCIETY, AMERICAN   ) Civil Case No. C 06 4414 JW HRL
   INSTITUTE OF PHYSICS, BLACKWELL       )
18 PUBLISHING, INC., ELSEVIER, INC., INFORMA ) **STIPULATION TO POSTPONE**
   UK LTD., INFORMA USA, INC., OXFORD     ) **CASE MANAGEMENT**
19 UNIVERSITY PRESS, SPRINGER SCIENCE AND  ) **CONFERENCE**
   BUSINESS MEDIA, LLC, TAYLOR &          )
20 BUSINESS MEDIA, LLC, TAYLOR & FRANCIS   )
   GROUP LTD., WILEY PERIODICALS, INC., and )
21 WILEY-LISS, INC.,                       )
                                           )
22                                         )
                    Plaintiffs,            )
23                                         )
   COMMAX TECHNOLOGIES, INC.,             )
24 COMMAX WORLDWIDE, HENRY SHIOU-MING     )
   CHEN, DAPHNE L. CHEN, JERSEY CHEN,     )
25 SUWEI HO a/k/a SOPHIE HO, LIANG-WANG   )
   HOW, CHEN-LING KONG, KUO REUIH PAN,    )
26 and SUNNY CHEN YOUNG,                   )
                                           )
27                                         )
                    Defendants.            )
28 _____ )

---

1  The parties to the above-entitled action hereby jointly request that the Court postpone the

2  Case Management Conference ("CMC"), currently scheduled for August 6, 2007, until an

3  alternative date in September to be set by the Court, thereby extending the deadline to submit a

4  revised Joint CMC Statement until a date in September to be set by the Court.

5  The parties made significant progress in a Settlement Conference with Judge Chen on

6  July 23, 2007 and anticipate reaching an agreement in principle within a week, or having a

7  further conference with Judge Chen scheduled.  Accordingly, the parties respectfully request that

8  the Court postpone the CMC from August 6, 2007 until an alternative date in September to be set

9  by the Court, thereby extending the deadline to submit a revised Joint CMC Statement until

10  sometime in September.

Respectfully submitted,

KOTIN, CRABTREE & STRONG, LLP

Dated:  July 27, 2007            /s/ William S. Strong_____
                                William S. Strong, Esq.,  BBO #483520
                                Amy C. Mainelli Burke, Esq., BBO #657201
                                KOTIN, CRABTREE & STRONG, LLP
                                One Bowdoin Square
                                Boston, MA 02114
                                (617) 227-7031
                                (617) 367-2988 (fax)

                                Noel M. Cook, Esq.
                                Owen, Wickersham & Erickson, P.C.
                                455 Market Street, 19th Floor
                                San Francisco, CA 94105
                                (415) 882-3200
                                (415) 882-3232 (fax)

                                Attorneys for Plaintiffs
                                AMERICAN CHEMICAL SOCIETY,
                                AMERICAN INSTITUTE OF PHSYICS,
                                BLACKWELL PUBLISHING, INC.,
                                ELSEVIER, INC.,
                                INFORMA UK LTD., INFORMA USA, INC.,
                                SPRINGER SCIENCE AND
                                BUSINESS MEDIA LLC,
                                WILEY PERIODICALS, INC., and
                                WILEY-LISS, INC.

GCA LAW PARTNERS LLP

Dated: July 27, 2007          /s/ Kimberly Donovan_____
                                        Sallie Kim
                                        Kimberly Donovan
                                        GCA Law Partners LLP
                                        1891 Landings Drive
                                        Mountain View, CA 94043
                                        650-428-3900
                                        650-428-3901 (fax)

                                        Attorneys for Defendants

                                        COMMAX TECHNOLOGIES, INC.,
                                        COMMAX WORLDWIDE, HENRY SHIOU-
                                        MING CHEN, DAPHNE L. CHEN, JERSEY
                                        CHENEY (erroneously named as JERSEY CHEN),
                                        LIANG-WANG HOW, CHEN-LING KONG, KUO
                                        REUIH PAN,
                                        and SUNNY CHEN YOUNG

## ~~PROPOSED~~ ORDER

Based on the foregoing Stipulation to Postpone Case Management Conference and good

cause appearing therefor,

IT IS HEREBY ORDERED that the Case Management Conference set for August 6,

2007 is continued to **September 24, 2007 at 10 a.m.**  The parties shall file a Joint Case

Management Conference statement by September 14, 2007.  This is the parties' final

continuance.

DATED: July 30, 2007                    _____
                                        Hon. James Ware
                                        United States District Judge

STIPULATION TO POSTPONE CASE MANAGEMENT CONFERENCE          Civil Case No.  C 06 4414 JW HRL

139980v4