Noel Matthew Cook
OWEN, WICKERSHAM & ERICKSON P.C.
455 Market Street, 19th Floor
San Francisco, California 94105
Phone no.: (415) 882-3200
Fax no.: (415) 882-3232

William S. Strong, Esq.
Amy C. Mainelli, Esq.
KOTIN, CRABTREE & STRONG LLP
One Bowdoin Square
Boston, MA 02114
Phone no.: (617) 227-7031 ext. 527
Fax no.: (617) 367-2988

Attorneys for Plaintiffs

Kimberly A. Donovan (State Bar No. 160729)
Sallie Kim (State Bar No. 142781)
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
(650) 428-3900
(650) 428-3901 [fax]

Attorneys for Defendants

**IT IS SO ORDERED**
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> COMMAX TECHNOLOGIES, INC., et al., <br><br> Defendants, <br><br> and related Cross Action. | No. C06-4414 JW HRL <br><br> STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING DATES <br><br> JUDGE: The Honorable James Ware <br> COURTROOM: 8, Fourth Floor |

[PROPOSED] ORDER ON DEFENDANTS'
MOTION TO DISMISS COMPLAINT

-1-

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

The parties have engaged in discovery and are in the process of completing discovery. However, due to scheduling issues, the parties have found it necessary to schedule several depositions after the discovery cut-off date. Specifically, the depositions of the persons most knowledgeable from each of the Plaintiff entities are presently scheduled to take place between April 7 and 25, 2008. Accordingly, the parties hereby stipulate to extend the discovery cut-off with respect to these depositions to April 30, 2008.

Due to the scheduling of these depositions and the court's busy calendar, the parties further seek to modify the last date for hearing of dispositive motions in this case, extending the date by two weeks. Accordingly, the parties stipulate that the last date for hearing of dispositive motions shall be June 16, 2008.

A dispute has arisen between the parties with respect to the depositions of plaintiffs' designees under Rule 30(b)(6) of the Federal Rules of Civil Procedure. Defendants seek to take these depositions in the Northern District of California. Plaintiffs wish for these depositions to be taken at or near the designees' places of business, on the East Coast of the United States and in the United Kingdom. The parties have proposed various compromises. In the interest of time and use of resources, the parties have agreed that the depositions of the East Coast designees will take place in New York and the depositions of the UK deponents will take place telephonically, but that defendants will not be deemed to have waived their right to seek an order requiring plaintiffs to pay the additional costs defendants shall have incurred by having the depositions take place on the East Coast rather than in the Northern District of California. The parties have agreed that the fact that the parties agreed to this compromise and that the depositions will have already taken place by the time this matter is before the court shall not be considered in determining the motion. In the interest of judicial economy, minimizing use of resources by the parties, and minimizing need for further travel, the parties wish to allow this motion to be filed (if at all) by the new last date for filing dispositive motions (May 5) and that the motion be decided without a hearing (unless the court determines a hearing is necessary). Consistent with this, the parties stipulate that

[PROPOSED] ORDER ON DEFENDANTS'         -2-
MOTION TO DISMISS COMPLAINT

1  Defendants may file a motion to recover certain costs relating to plaintiffs' depositions up
2  through May 5, 2008.
3
4  **IT IS SO STIPULATED.**
5
6                                              KOTIN, CRABTREE & STRONG, LLP
7  Dated: March 28, 2008                       /s/ William S. Strong
8                                              William S. Strong, Esq., BBO #483520
9
10                                             Attorneys for Plaintiffs
11                                             AMERICAN CHEMICAL SOCIETY,
                                               AMERICAN INSTITUTE OF PHSYICS,
12                                             BLACKWELL PUBLISHING, INC.,
                                               ELSEVIER, INC., INFORMA UK LTD.,
13                                             INFORMA USA, INC., SPRINGER SCIENCE
                                               AND  BUSINESS MEDIA LLC,
14                                             WILEY PERIODICALS, INC., and
                                               WILEY-LISS, INC.
15
16
17                                             GCA LAW PARTNERS LLP
18  Dated: March 28, 2008                      /s/ Kimberly Donovan
19                                             Kimberly A. Donovan
20
21                                             Attorneys for Defendants
                                               COMMAX TECHNOLOGIES, INC.,
22                                             COMMAX WORLDWIDE, HENRY SHIOU-
                                               MING CHEN, DAPHNE L. CHEN, JERSEY
23                                             CHENEY (erroneously named as JERSEY
                                               CHEN), LIANG-WANG HOW, CHEN-LING
24                                             KONG, KUO REUIH PAN, and SUNNY CHEN
                                               YOUNG
25
26
27
28

[PROPOSED] ORDER ON DEFENDANTS'                -3-
MOTION TO DISMISS COMPLAINT

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

1  **GOOD CAUSE SHOWN, IT IS ORDERED** that the Discovery Cut-Off shall be
2  extended to April 30, 2008, with respect to the depositions identified above. The last date for
3  hearing dispositive motions shall be extended by two weeks, to June 16, 2008. Additionally,
4  Defendants may file a motion relating to costs of plaintiffs' depositions up through May 5,
5  2008.
6  The parties may not Stipulate to further extension of discovery deadlines.

7
8  Dated:  April 1, 2008                    _____
                                             Hon. James Ware
9                                            Judge of the U.S. District Court
                                             Northern District of California
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER ON DEFENDANTS'            -4-
MOTION TO DISMISS COMPLAINT

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900