IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| American Chemical Society, et al., | NO. C 06-04414 JW |
| Plaintiffs, v. | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| Commax Technologies, Inc., et al., | |
| Defendants. / | |

The Court conducted a Further Case Management Conference on June 30, 2008. Based on the discussion at the Conference, the Court orders as follows:

1) The parties shall file a Statement of Undisputed Facts on or before **July 30, 2008**. The Statement shall also include a separate list of disputed material facts and the basis for the dispute. Each statement shall be properly cited to supporting declarations or depositions.

2) The Preliminary Pretrial Conference currently scheduled for July 25, 2008 is CONTINUED to **September 8, 2008 at 11 a.m.** The parties shall submit a Joint Pretrial Conference Statement on or before **August 29, 2008.**

Dated: July 2, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Kimberly Ann Donovan kdonovan@gcalaw.com
Noel Matthew Cook ncook@owe.com
Sallie Kim skim@gcalaw.com
William S. Strong wstrong@kcslegal.com

**Dated:  July 2, 2008**                                    **Richard W. Wieking, Clerk**

                                               **By:   /s/ JW Chambers**
                                                        **Elizabeth Garcia**
                                                        **Courtroom Deputy**

United States District Court
For the Northern District of California