Noel Matthew Cook
OWEN, WICKERSHAM & ERICKSON P.C.
455 Market Street, 19th Floor
San Francisco, California 94105
Phone no.:  (415) 882-3200
Fax no.: (415) 882-3232

William S. Strong, Esq.
Amy C. Mainelli, Esq.
KOTIN, CRABTREE & STRONG LLP
One Bowdoin Square
Boston, MA 02114
Phone no.: (617) 227-7031 ext. 527
Fax no.: (617) 367-2988

Attorneys for Plaintiffs

Kimberly A. Donovan (State Bar No. 160729)
Sallie Kim (State Bar No. 142781)
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA  94043
(650) 428-3900
(650) 428-3901 [fax]

Attorneys for Defendants

**GRANTED**

*Judge James Ware*

7/31/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY, et al, <br><br>  Plaintiffs, <br><br>  vs. <br><br> COMMAX TECHNOLOGIES, INC., et al., <br><br>  Defendants, <br><br> and related Cross Action. | No.  C06-4414 JW HRL <br><br> STIPULATION FOR DISMISSAL OF DEFENDANTS JERSEY CHENEY (identified herein as JERSEY CHEN) and CHEN-LING KONG <br><br><br> JUDGE:  The Honorable James Ware <br> COURTROOM:   8, Fourth Floor |

1   The parties hereby stipulate that Defendants JERSEY CHENEY (identified herein as
2  JERSEY CHEN) and CHEN-LING KONG shall be dismissed from this action with prejudice
3  pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, each party to bear his, her, or
4  its own costs.

**IT IS SO STIPULATED.**

KOTIN, CRABTREE & STRONG, LLP

Dated: July 30, 2008          /s/ William S. Strong_____
                              William S. Strong, Esq., BBO #483520

Attorneys for Plaintiffs
AMERICAN CHEMICAL SOCIETY,
AMERICAN INSTITUTE OF PHYSICS,
BLACKWELL PUBLISHING, INC.,
ELSEVIER, INC., INFORMA UK LTD.,
INFORMA USA, INC., OXFORD
UNIVERSITY PRESS, SPRINGER SCIENCE
AND BUSINESS MEDIA, LLC, TAYLOR &
FRANCIS GROUP LTD., WILEY
PERIODICALS, INC., and WILEY-LISS, INC.,

GCA LAW PARTNERS LLP

Dated: July 30, 2008          /s/ Kimberly Donovan_____
                              Kimberly A. Donovan

Attorneys for Defendants
COMMAX TECHNOLOGIES, INC.,
HENRY SHIOU-MING CHEN, DAPHNE L.
CHEN, JERSEY CHENEY (erroneously named
as JERSEY CHEN), LIANG-WANG HOW,
CHEN-LING KONG, KUO REUIH PAN, and
SUNNY YOUNG

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

STIPULATION AND [PROPOSED] ORDER
DISMISSING JERSEY CHENEY AND CHEN-
LING KONG                                     -2-

1  **PURSUANT TO THE STIPULATION OF THE PARTIES,** Defendants JERSEY
2  CHENEY (identified herein as JERSEY CHEN) and CHEN-LING KONG shall be dismissed
3  from this action with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil
4  Procedure, each party to bear his, her, or its own costs.

Dated: ___July 31, 2008___         _____
                                    Hon. James Ware
                                    Judge of the U.S. District Court
                                    Northern District of California

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

STIPULATION AND [PROPOSED] ORDER
DISMISSING JERSEY CHENEY AND CHEN-
LING KONG                                -3-