Noel Matthew Cook
OWEN, WICKERSHAM & ERICKSON P.C.
455 Market Street, 19th Floor
San Francisco, California 94105
Phone no.: (415) 882-3200
Fax no.: (415) 882-3232

William S. Strong, Esq.
Amy C. Mainelli, Esq.
KOTIN, CRABTREE & STRONG LLP
One Bowdoin Square
Boston, MA 02114
Phone no.: (617) 227-7031 ext. 527
Fax no.: (617) 367-2988

Attorneys for Plaintiffs

Kimberly A. Donovan (State Bar No. 160729)
Sallie Kim (State Bar No. 142781)
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
(650) 428-3900
(650) 428-3901 [fax]

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> COMMAX TECHNOLOGIES, INC., et al., <br><br> Defendants, <br><br> and related Cross Action. | No. C06-4414 JW HRL <br><br> STIPULATION AND [PROPOSED] ORDER MODIFYING DATES <br><br> JUDGE: The Honorable James Ware <br> COURTROOM: 8, Fourth Floor |

By its order entered July 2, 2008, the Court ordered the parties to file a Joint Statement of Undisputed Facts, and to include therewith a separate statement of disputed facts and the basis for the dispute. The parties have worked diligently in an effort to agree upon facts where possible, resulting in the parties stipulating to over 80 facts. However, the preparation of the statement of undisputed facts and separate statement of disputed facts has proved more difficult and time-consuming than the parties had contemplated when the matter was discussed at the Case Management Conference held on June 30, 2008, and even more challenging than the parties anticipated during the early stages of preparation and negotiation of the statement.

The parties have this day filed a Joint Statement of Undisputed Facts setting forth the facts on which both parties have agreed, but the parties have been unable, despite diligent effort, to complete their separate statement of disputed facts, along with the basis for the dispute. To enable them to prepare such statement, the parties seek to modify the due date for submission of such statement by one week, so that it shall be due on August 6, 2008.

Accordingly, the parties hereby stipulate and jointly request that the date by their Statement of Disputed Facts, including the basis for the dispute and references to the factual record, be filed by August 6, 2008.

Respectfully submitted,

KOTIN, CRABTREE & STRONG, LLP

Dated: July 31, 2008

/s/ William S. Strong
William S. Strong

Attorneys for Plaintiffs
AMERICAN CHEMICAL SOCIETY,
AMERICAN INSTITUTE OF PHYSICS,
BLACKWELL PUBLISHING, INC.,
ELSEVIER, INC., INFORMA UK LTD.,
INFORMA USA, INC., OXFORD
UNIVERSITY PRESS, SPRINGER SCIENCE
AND BUSINESS MEDIA LLC, WILEY
PERIODICALS, INC., and WILEY-LISS, INC.

GCA LAW PARTNERS LLP

Dated: July 31, 2008

/s/ Kimberly A. Donovan
Kimberly A. Donovan

Attorneys for Defendants
COMMAX TECHNOLOGIES, INC.,
HENRY SHIOU-MING CHEN, DAPHNE L.
CHEN, LIANG-WANG HOW, KUO REUIH
PAN, and SUNNY YOUNG

**GOOD CAUSE SHOWN, IT IS ORDERED** that the parties shall submit their Statement of Disputed Facts, including the basis for the dispute and references to the factual record, by August 6, 2008.

All other dates remain as previously scheduled.

Dated: July 31, 2008

_____
Hon. James Ware
Judge of the U.S. District Court
Northern District of California