1  Noel Matthew Cook
   OWEN, WICKERSHAM & ERICKSON P.C.
2  455 Market Street, 19th Floor
   San Francisco, California 94105
3  Phone no.: (415) 882-3200
   Fax no.: (415) 882-3232
4
   William S. Strong, Esq.
5  Amy C. Mainelli, Esq.
   KOTIN, CRABTREE & STRONG LLP
6  One Bowdoin Square
   Boston, MA 02114
7  Phone no.: (617) 227-7031 ext. 527
   Fax no.: (617) 367-2988
8
   Attorneys for Plaintiffs
9
   Kimberly A. Donovan (State Bar No. 160729)
10 Sallie Kim (State Bar No. 142781)
   GCA LAW PARTNERS LLP
11 1891 Landings Drive
   Mountain View, CA  94043
12 (650) 428-3900
   (650) 428-3901 [fax]
13
   Attorneys for Defendants
14

15                           UNITED STATES DISTRICT COURT

16                          NORTHERN DISTRICT OF CALIFORNIA

17

18  AMERICAN CHEMICAL SOCIETY, et al,    |  No.   C06-4414 JW HRL
19       Plaintiffs,
20       vs.                              |  STIPULATION AND
                                             [PROPOSED] ORDER MODIFYING
21  COMMAX TECHNOLOGIES, INC., et al.,   |  DATES
22       Defendants,
23
                                          |  JUDGE:   The Honorable James Ware
24       and related Cross Action.
                                             COURTROOM:   8, Fourth Floor
25

26

27

28

STIPULATION AND [PROPOSED] ORDER          -1-
MODIFYING FINAL PRETRIAL CONFERENCE

1  By its order entered December 3, 2008, the Court ordered and set the Final Pretrial
2 Conference for April 13, 2009 at 3:00 pm.  The parties seek to modify the date for the Final
3 Pretrial Conference so that it shall be heard on April 6, 2009 at 3:00 p.m.
4  The parties hereby stipulate and jointly request that the date the Final Pretrial
5 Conference, be heard on April 6, 2009 at 3:00 p.m.

Respectfully submitted,

KOTIN, CRABTREE & STRONG, LLP

Dated:  December 4, 2008          /s/ William S. Strong
                                  William S. Strong

Attorneys for Plaintiffs
AMERICAN CHEMICAL SOCIETY,
AMERICAN INSTITUTE OF PHYSICS,
BLACKWELL PUBLISHING, INC.,
ELSEVIER, INC., INFORMA UK LTD.,
INFORMA USA, INC.,OXFORD
UNIVERSITY PRESS, SPRINGER SCIENCE
AND BUSINESS MEDIA LLC, WILEY
PERIODICALS, INC., and WILEY-LISS, INC.

GCA LAW PARTNERS LLP

Dated:  December 4, 2008          /s/ Kimberly A. Donovan
                                  Kimberly A. Donovan

Attorneys for Defendants
COMMAX TECHNOLOGIES, INC.,
HENRY SHIOU-MING CHEN, DAPHNE L.
CHEN, LIANG-WANG HOW, KUO REUIH
PAN, and SUNNY YOUNG

STIPULATION AND [PROPOSED] ORDER          -2-
MODIFYING FINAL PRETRIAL CONFERENCE

1   **GOOD CAUSE SHOWN, IT IS ORDERED** that the Final Pretrial Conference, be
2   heard on April 6, 2009 at 3:00 p.m.
3
4
5   Dated: ___December 12, 2008___                    _____
6                                                     Hon. James Ware
                                                      Judge of the U.S. District Court
7                                                     Northern District of California

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

STIPULATION AND [PROPOSED] ORDER         -3-
MODIFYING FINAL PRETRIAL CONFERENCE