**United States District Court**
For the Northern District of California

1
2
3
4
5
6

7                    IN THE UNITED STATES DISTRICT COURT

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                             SAN JOSE DIVISION

10   American Chemical Society, et al.,                NO. C 06-04414 JW

11             Plaintiffs,                      **ORDER VACATING INTERIM**
        v.                                      **PRETRIAL CONFERENCE**
12
     Commax Technologies, Inc., et al.,
13
             Defendants.
14   _____/

15       On February 9, 2009, the parties are scheduled to appear for an Interim Pretrial Conference.

16   The parties timely submitted a Joint Interim Pretrial Statement.  (Docket Item No. 199.)  In light of

17   the parties' representations in their Joint Statement, the Court finds that a Pretrial Conference is

18   unnecessary at this time.  The parties will have an opportunity to apprise the Court of their progress

19   toward trial and settlement efforts at the Final Pretrial Conference, currently set for **April 6, 2009 at**

20   **3 p.m.**

21

22   Dated:  February 4, 2009

                                              JAMES WARE
23                                            United States District Judge

24
25
26
27
28

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Kimberly Ann Donovan kdonovan@gcalaw.com
Noel Matthew Cook ncook@owe.com
Sallie Kim skim@gcalaw.com
William S. Strong wstrong@kcslegal.com

**Dated:  February 4, 2009**                    **Richard W. Wieking, Clerk**


**By:      /s/ JW Chambers**
             **Elizabeth Garcia**
             **Courtroom Deputy**