1  Noel M. Cook, Esq. (CSBN 122777)
   OWEN, WICKERSHAM & ERICKSON, P.C.
2  455 Market Street, 19th Floor
   San Francisco, CA 94105
3  Telephone: (415) 882-3200  Facsimile: (415) 882-3232
   ncook@owe.com

4  William S. Strong, Esq.
   Amy C. Mainelli Burke, Esq.
5  KOTIN, CRABTREE & STRONG, LLP
   One Bowdoin Square
6  Boston, MA 02114
   Telephone: (617) 227-7031  Facsimile: (617) 367-2988
7  wstrong@kcslegal.com; aburke@kcslegal.com

8  Michael D. Young, Esq. (CSBN 120787)
   Mitra Eskandari-Azari, Esq. (CSBN 261978)
9  ALSTON & BIRD LLP
   333 South Hope Street, Sixteenth Floor
10 Los Angeles, CA 90071
   Telephone: (213) 576-1000  Facsimile: (213) 576-1100
11 mike.young@alston.com; mitra.azari@alston.com

12 Attorneys for Plaintiffs
   AMERICAN CHEMICAL SOCIETY, AMERICAN INSTITUTE
13 OF PHYSICS, BLACKWELL PUBLISHING, INC., ELSEVIER,
   INC., INFORMA UK LTD., INFORMA USA, INC., OXFORD
14 UNIVERSITY PRESS, SPRINGER SCIENCE AND BUSINESS
   MEDIA, LLC, WILEY PERIODICALS, INC., and WILEY-LISS, INC.
15

16 Kimberly A. Donovan, Esq. (CSBN 160729)
   Sallie Kim, Esq. (CSBN 142781)
17 GCA LAW PARTNERS LLP
   1891 Landings Drive
18 Mountain View, CA 94043
   Telephone:   (650) 428-3900  Facsimile: (650) 428-3901
19 kdonovan@gcalaw.com; skim@gcalaw.com

20 Attorneys for Defendants Defendants COMMAX
   TECHNOLOGIES, INC., COMMAX WORLDWIDE,
21 HENRY SHIOU-MING CHEN, DAPHNE L. CHEN,
   SUWEI HO a/k/a SOPHIE HO, LIANG-WANG HOW,
22 KUO REUIH PAN, and SUNNY CHEN YOUNG

23        **UNITED STATES DISTRICT COURT**
          **NORTHERN DISTRICT OF CALIFORNIA**
24               **SAN JOSE DIVISION**

25 AMERICAN CHEMICAL SOCIETY, AMERICAN    |  Civil Case No. C 06 4414 JW HRL
   INSTITUTE OF PHYSICS, BLACKWELL
26 PUBLISHING, INC., ELSEVIER, INC., INFORMA  |  **[PROPOSED] ORDER APPROVING
   UK LTD., INFORMA USA, INC., OXFORD          STIPULATION TO SHORTEN TIME TO
27 UNIVERSITY PRESS, SPRINGER SCIENCE AND      HEAR PLAINTIFFS' MOTION TO
   BUSINESS MEDIA, LLC, WILEY PERIODICALS,     AMEND COMPLAINT TO ADD**

28
                                        1
                          [PROP.] ODR. APPROVING STIP. TO SHORTEN TIME TO
                      HEAR PLTFS.'MTN. TO AMEND COMPLAINT - CASE NO. CV 06 4414 JW HRL

LEGAL02/31269792v1

IT IS SO ORDERED
AS MODIFIED
*James Ware*
Judge James Ware

INC., and WILEY-LISS, INC.,

       Plaintiffs,

     v.

COMMAX TECHNOLOGIES, INC., COMMAX WORLDWIDE, HENRY SHIOU-MING CHEN, DAPHNE L. CHEN, JERSEY CHEN a/k/a/ JERSEY CHENEY, SUWEI HO a/k/a SOPHIE HO, LIANG-WANG HOW, CHEN-LING KONG, KUO REUIH PAN, and SUNNY CHEN YOUNG,

       Defendants.

**FRAUDULENT CONVEYANCE CLAIM AND FOR LIMITED DISCOVERY**

Honorable James Ware

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

      Having considered the parties' stipulation to shorten hearing time for plaintiffs' Motion To Amend Complaint To Add Fraudulent Conveyance Claim And For Limited Discovery, the Court finds that there is good cause to reset the following dates and it is hereby ORDERED as follows:

      (1) The Court sets **May 4, 2009 at 9 a.m.** as a hearing date for both Plaintiffs' Motion to Amend Complaint. In addition, having considered Plaintiffs' Motion for a Temporary Restraining Order, the Court DENIES this request but shortens time for a hearing on Plaintiffs' Motion for a Preliminary Injunction Order on the same day, **May 4, 2009 at 9 a.m.**

      (2) For both motions, the parties shall adhere to the following briefing schedule:
          (a) Opposition briefs, if any, shall be filed and served on or before **April 20, 2009**.
          (b) Reply briefs, if any, shall be filed and served on or before **April 22, 2009**.
      (3) In their briefs, the parties shall address whether these new issues will require a delay in the current trial schedule. In the event that the parties believe they will not alter the trial schedule, the parties shall set forth a proposed schedule re: discovery.
      The Order terminates Docket Item No. 205.

DATED: April 16, 2009

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE

LEGAL02/31269792v1