| | |
|---|---|
| 1 | Noel Matthew Cook |
| | OWEN, WICKERSHAM & ERICKSON P.C. |
| 2 | 455 Market Street, 19th Floor |
| | San Francisco, California 94105 |
| 3 | Phone no.: (415) 882-3200 |
| | Fax no.: (415) 882-3232 |
| 4 | |
| 5 | William S. Strong, Esq. |
| | Amy C. Mainelli Burke, Esq. |
| 6 | KOTIN, CRABTREE & STRONG LLP |
| | One Bowdoin Square |
| 7 | Boston, MA 02114 |
| | Phone no.: (617) 227-7031 ext. 527 |
| 8 | Fax no.: (617) 367-2988 |
| | Attorneys for Plaintiffs |

*IT IS SO ORDERED*
*Judge James Ware*

Kimberly A. Donovan (State Bar No. 160729)
Sallie Kim (State Bar No. 142781)
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
(650) 428-3900
(650) 428-3901 [fax]

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY, et al, | No.  C06-4414 JW HRL |
| Plaintiffs, | |
| vs. | STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO LIANG-WANG HOW, KUO RUEIH PAN and SUNNY YOUNG. |
| COMMAX TECHNOLOGIES, INC., et al., | |
| Defendants, | |
| and related Cross Action. | JUDGE:   The Honorable James Ware |
| | COURTROOM:   8, Fourth Floor |

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE AS TO
HOW, PAN and YOUNG.

-1-

1   The parties to this action hereby stipulate to dismissal of this action with prejudice as
2   to LIANG-WANG HOW (also known as Nemo How), KUO RUEIH PAN (sued herein as
3   KUO REUIH PAN and also known as Ricky Pan) and SUNNY YOUNG (sued herein as
4   SUNNY CHEN YOUNG).

KOTIN, CRABTREE & STRONG, LLP

Dated: July 17, 2009         /s/ William S. Strong _____
                             William S. Strong, Esq.,  BBO #483520

Attorneys for Plaintiffs
AMERICAN CHEMICAL SOCIETY, AMERICAN INSTITUTE OF PHYSICS, BLACKWELL PUBLISHING, INC., ELSEVIER, INC., INFORMA UK LTD., INFORMA USA, INC., OXFORD UNIVERSITY PRESS, SPRINGER SCIENCE AND BUSINESS MEDIA, LLC, TAYLOR & FRANCIS GROUP LTD., WILEY PERIODICALS, INC., and WILEY-LISS, INC.,

GCA LAW PARTNERS LLP

Dated:  July 17, 2009         /s/ Kimberly Donovan _____
                              Kimberly Donovan

Attorneys for Defendants
COMMAX TECHNOLOGIES, INC., HENRY SHIOU-MING CHEN, DAPHNE L. CHEN, LIANG-WANG HOW, KUO RUEIH PAN, and SUNNY CHEN YOUNG

SO ORDERED: *James Ware* [signature]         Date:  July 29, 2009
            James Ware
            United States District Court Judge

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO HOW, PAN and YOUNG.

-2-