Noel Matthew Cook
OWEN, WICKERSHAM & ERICKSON P.C.
455 Market Street, 19th Floor
San Francisco, California 94105
Phone no.: (415) 882-3200
Fax no.: (415) 882-3232

William S. Strong, Esq.
Amy C. Mainelli Burke, Esq.
KOTIN, CRABTREE & STRONG LLP
One Bowdoin Square
Boston, MA 02114
Phone no.: (617) 227-7031 ext. 527
Fax no.: (617) 367-2988

Attorneys for Plaintiffs

Kimberly A. Donovan (State Bar No. 160729)
Sallie Kim (State Bar No. 142781)
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA  94043
(650) 428-3900
(650) 428-3901 [fax]

Attorneys for Defendants

**IT IS SO ORDERED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY, et al, <br><br>　　　Plaintiffs, <br><br>　　vs. <br><br>COMMAX TECHNOLOGIES, INC., et al., <br><br>　　　Defendants, <br><br>———————————————— <br><br>　　and related Cross Action. | No.   C06-4414 JW HRL <br><br> DISMISSAL WITH PREJUDICE  AS TO COMMAX WORLDWIDE AND TWE, INC. AND [PROPOSED] ORDER THEREON <br><br><br> JUDGE:   The Honorable James Ware <br><br> COURTROOM:    8, Fourth Floor |

DISMISSAL AS TO COMMAX WORLDWIDE AND TWE, INC.            -1-

1  The Plaintiffs in this action hereby dismiss this action with prejudice as to Commax
2  Worldwide and TWE, Inc., provided however that such dismissal shall not be construed to
3  extend to any person who is or at any time has been an officer, director, principal, employee,
4  agent, partner, joint venturer, or shareholder or other owner, of the Taiwanese company whose
5  name is variously rendered "Xian Hao International" and "Eminent Connection Inc."

KOTIN, CRABTREE & STRONG, LLP

Dated: July 17, 2009          /s/ William S. Strong_____
                              William S. Strong, Esq.,  BBO #483520

Attorneys for Plaintiffs
AMERICAN CHEMICAL SOCIETY, AMERICAN INSTITUTE OF PHYSICS, BLACKWELL PUBLISHING, INC., ELSEVIER, INC., INFORMA UK LTD., INFORMA USA, INC., OXFORD UNIVERSITY PRESS, SPRINGER SCIENCE AND BUSINESS MEDIA, LLC, TAYLOR & FRANCIS GROUP LTD., WILEY PERIODICALS, INC., and WILEY-LISS, INC.,

SO ORDERED: /s/ James Ware          Date: July 29, 2009
            James Ware
            United States District Court Judge