1   Noel Matthew Cook
    OWEN, WICKERSHAM & ERICKSON P.C.
2   455 Market Street, 19th Floor
    San Francisco, California 94105
3   Phone no.:  (415) 882-3200
    Fax no.: (415) 882-3232
4
    William S. Strong, Esq.
5   Amy C. Mainelli Burke, Esq.
    KOTIN, CRABTREE & STRONG LLP
6   One Bowdoin Square
    Boston, MA 02114
7   Phone no.: (617) 227-7031 ext. 527
    Fax no.: (617) 367-2988
8
    Attorneys for Plaintiffs
9
    Kimberly A. Donovan (State Bar No. 160729)
10  Sallie Kim (State Bar No. 142781)
    GCA LAW PARTNERS LLP
11  1891 Landings Drive
    Mountain View, CA  94043
12  (650) 428-3900
    (650) 428-3901 [fax]
13
    Attorneys for Defendants
14

15                   UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17

18  AMERICAN CHEMICAL SOCIETY, et al,        No.   C06-4414 JW HRL

19        Plaintiffs,

20        vs.                                DISMISSAL WITH PREJUDICE
                                             AS TO YUAN LIN TSAO AND
21  COMMAX TECHNOLOGIES, INC., et al.,       [PROPOSED] ORDER THEREON

22        Defendants,

23                                           JUDGE:   The Honorable James Ware
          and related Cross Action.
24                                           COURTROOM:   8, Fourth Floor

25

26

27

28

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

1    The Plaintiffs in this action hereby dismiss all claims asserted against defendant Yuan

2    Lin Tsao in this action, including but not limited to all claims arising out of his dealings with

3    respect to the property known as 770 Josina Avenue, Palo Alto, California 94306 and asserted

4    against him in Count 8 of the Fourth Amended Complaint.  Such dismissal is with prejudice.

5

6                                              KOTIN, CRABTREE & STRONG, LLP

7

8    Dated: July 17, 2009                      /s/ William S. Strong _____
                                               William S. Strong, Esq.,  BBO #483520

9

10                                             Attorneys for Plaintiffs
                                               AMERICAN CHEMICAL SOCIETY,
                                               AMERICAN INSTITUTE OF PHYSICS,
11                                             BLACKWELL PUBLISHING, INC.,
                                               ELSEVIER, INC., INFORMA UK LTD.,
12                                             INFORMA USA, INC., OXFORD
                                               UNIVERSITY PRESS, SPRINGER SCIENCE
13                                             AND BUSINESS MEDIA, LLC, TAYLOR &
                                               FRANCIS GROUP LTD., WILEY
14                                             PERIODICALS, INC., and WILEY-LISS, INC.,

15

16
     SO ORDERED:                                          Date: July 29, 2009
17                 James Ware
                   United States District Court Judge
18

19

20

21

22

23

24

25

26

27

28

DISMISSAL WITH PREJUDICE AS TO YUAN          -2-
LIN TSAO

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900