Noel M. Cook, Esq. CSBN 122777
OWEN, WICKERSHAM & ERICKSON, P.C.
455 Market Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 882-3200
Telecopier: (415) 882-3232

William S. Strong, Esq.
Amy C. Mainelli Burke, Esq.
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
Telephone: (617) 227-7031
Telecopier: (617) 367-2988
Attorneys for Plaintiffs

Kimberly A. Donovan (State Bar No. 160729)
Sallie Kim (State Bar No. 142718)
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901
Attorneys for Defendants

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED AS MODIFIED" — Judge James Ware)*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY, AMERICAN INSTITUTE OF PHYSICS, BLACKWELL PUBLISHING, INC., ELSEVIER, INC., INFORMA UK LTD., INFORMA USA, INC., OXFORD UNIVERSITY PRESS, SPRINGER SCIENCE AND BUSINESS MEDIA, LLC, WILEY PERIODICALS, INC., and WILEY-LISS, INC.,<br><br>                    Plaintiffs,<br><br>COMMAX TECHNOLOGIES, INC., COMMAX WORLDWIDE, HENRY SHIOU-MING CHEN, DAPHNE L. CHEN, LIANG-WANG HOW, KUO REUIH PAN, and SUNNY CHEN YOUNG,<br><br>                    Defendants.<br>_____ | Civil Case No. C 06 4414 JW HRL<br><br>**STIPULATED JUDGMENT AND [PROPOSED] ORDER THEREON** |

Plaintiffs American Chemical Society, American Institute of Physics, Blackwell Publishing, Inc., Elsevier, Inc., Informa UK Ltd., Informa USA, Inc., Oxford University Press, Springer Science and Business Media, LLC, Wiley Periodicals, Inc. and Wiley-Liss, Inc. ("Plaintiffs") and Defendants Commax Technologies, Inc., Henry Shiou-Ming Chen, Daphne L. Chen, Liang-Wang How, Kuo Rueih Pan and Sunny Young, and Henry Shiou-Ming Chen and Daphne L. Chen in their capacities as trustees of the Shiou-Ming Henry Chen and Daphne Li-Ming Chen 1993 Revocable Living Trust ("Defendants"), through their undersigned counsel, hereby stipulate and move this Court for entry of judgment as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Plaintiffs and Defendants have entered into a Settlement Agreement to resolve this action.

2. Defendants Henry Shiou-Ming Chen and Daphne L. Chen are hereby enjoined, for a period of five (5) years from the date of this Judgment, from placing any subscription order with any Plaintiff whether in their own names or any other name real or imagined, or purchasing any of the Plaintiffs' publications whether for themselves or on behalf of any other person or entity, real or imagined, other than from a bookstore or other retail vendor.

3. Defendants Henry Shiou-Ming Chen and Daphne L. Chen are hereby enjoined, for a period of five (5) years from the date of this Judgment, from joining or attempting to join any membership organization associated with any Plaintiff whether in their own names or in the names of any other person or entity, real or imagined.

4. After the expiration of such five-year period, Defendants Henry Shiou-Ming Chen and Daphne L. Chen are hereby enjoined from placing any journal subscription order with any Plaintiff other than on behalf of a *bona fide* institutional customer whose identity is fully disclosed to the Plaintiff concerned.

5. The Preliminary Injunction previously entered in this action by Order dated May 15, 2009 (Docket No. 258) is hereby dissolved and no longer has any force or effect. Plaintiffs shall take all actions necessary, including recording appropriate documents

with the Santa Clara County Recorder's Office, to provide notice that the Preliminary Injunction no longer has any force or effect and that the Notice of Pending Action recorded with regard to property located at 770 Josina Avenue, Palo Alto, CA is withdrawn.

6. In the event of a dispute arising out of the Settlement Agreement, any party may file a breach of contract action in a court of competent jurisdiction to enforce the Settlement Agreement.

Respectfully submitted,

KOTIN, CRABTREE & STRONG, LLP

Dated: July 17, 2009                /s/ William S. Strong
                                    William S. Strong, Esq.

Attorneys for Plaintiffs
AMERICAN CHEMICAL SOCIETY, AMERICAN INSTITUTE OF PHYSICS, BLACKWELL PUBLISHING, INC., ELSEVIER, INC., INFORMA UK LTD., INFORMA USA, INC., OXFORD UNIVERSITY PRESS,, SPRINGER SCIENCE AND BUSINESS MEDIA LLC, WILEY PERIODICALS, INC., and WILEY-LISS, INC.

GCA LAW PARTNERS LLP

Dated: July 17, 2009                /s/ Kimberly Donovan
                                    Kimberly Donovan

Attorneys for Defendants
COMMAX TECHNOLOGIES, INC., HENRY SHIOU-MING CHEN, DAPHNE L. CHEN, LIANG-WANG HOW, KUO RUEIH PAN, and SUNNY YOUNG

*** ORDER ***

The Clerk shall close this file.

SO ORDERED: _____/s/ James Ware_____        Date: July 29, 2009
            James Ware
            United States District Court Judge

STIPULATED JUDGMENT                3                Civil Case No. C 06 4414 JW HRL